ACCEPTED
01-14-00582-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/15/2015 3:44:26 PM
CHRISTOPHER PRINE
CLERK

## No. 01-14-00582-CR

In the
Court of Appeals
For the
First District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

4/15/2015 3:44:26 PM

CHRISTOPHER A. PRINE
Clerk

─────◆─────

## No. 1408007
In the 179th District Court
Of Harris County, Texas

─────◆─────

**RODNEY ROBINS**
*Appellant*
V.
**THE STATE OF TEXAS**
*Appellee*

─────◆─────

STATE'S MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO FILE APPELLATE BRIEF

─────◆─────

TO THE HONORABLE COURT OF APPEALS:

THE STATE OF TEXAS, pursuant to **TEX. R. APP. P.** 10.1, 10.5(b) and

38.6(d), moves for an extension of time within which to file its appellate brief.   In

support of its motion, the State submits the following:

1.   Appellant was convicted for the offense of possessing cocaine and sentenced to six-years confinement.

2.   Appellant filed written notice of appeal on July 1, 2014.

3.   Appellant filed his brief on March 2, 2015.

4.   The State's reply brief is due on April 1, 2015.

5.   The State seeks an extension until May 18, 2015, to file its brief.

6.   This is the State's first request for an extension in this case.

7.   The following facts are relied upon to show good cause for the requested extension:

My completion of this brief has been delayed by my completion of two other briefs during the past month.  I also have five other briefs due during the next 30 days.

WHEREFORE, the State prays that this Court will grant the requested extension.

Respectfully submitted,

/s/ Dan McCrory

**DAN MCCRORY**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002-1901
(713) 755-5826
TBC No. 13489950
   mccrory_daniel@dao.hctx.net

## CERTIFICATE OF SERVICE

This is to certify that I requested that a copy of this document be served on appellant's lawyer via TexFile at the following email address:

Sarah V. Wood
Attorney at Law
Sarah.wood@pdo.hctx.net

/s/ Dan McCrory
**DAN MCCRORY**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002-1901
(713) 755-5826
TBC No. 13489950

Date: April 15, 2015